HENRY E. WOODFORD et al., Respondents, *v.* JOHN M. BRINKER et al., Appellants.

*Woodford* v. *Brinker,* 47 App. Div. 632, affirmed.
(Argued October 21, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

February 8, 1900, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*J. H. Metcalf* for appellants.

*Alfred W. Gray* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.